Order issued September 14, 2012



In The

# Court of Appeals
### For The
## First District of Texas

---

## NO. 01-12-00709-CV

---

### CHRISTINE E. REULE, Appellant

### V.

### M & T MORTGAGE, M & T BANK BAYVIEW LOAN SERVICING, LLC, BAYVIEW FINANCIAL TRADING GROUP, LP, BAYVIEW FINANCIAL, LP, HUGHS, WATTERS, ASKANASE, LLP, Appellees

---

### On Appeal from 234th District Court
### Harris County, Texas
### Trial Court Cause No. 0875636

---

## MEMORANDUM ORDER

Appellant has filed a motion to transfer this case to the Court of Appeals for the Fourteenth District of Texas because it is related to the following case previously filed there: *Christine E. Reule v. RLZ Investments, Inc.*, No. 14-11-01002-CV. The motion is **granted**. Pursuant to this Court's Local Rule 1.5, this case is transferred to the Fourteenth Court. The Clerk of this Court shall send to the Clerk of the Fourteenth Court: (1) the clerk's record and

reporter's record, if any; (2) all documents filed in this case; and (3) certified copies of all orders, judgments, and opinions from this Court, if any. The clerk shall keep the original of all orders, judgments, and opinions of this court.

Chief Justice Sherry Radack
Acting Individually